# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | |
|---|---|
| JOE CURTIS HARRIS, a/k/a MUHAMMAD A. AZIZ, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV405-230 |
| AL ST. LAWRENCE, McARTHUR HOLMES, and MR. MORGAN, | ) ) ) ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated January 20, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by February 20, 2006, would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

**SO REPORTED AND RECOMMENDED** this 12*th* day of May, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA