# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

JOE CURTIS HARRIS, a/k/a )
MUHAMMAD A. AZIZ, )
                       )
         Plaintiff, )
                       )
v. )      Case No.  CV405-230
                       )
AL ST. LAWRENCE, McARTHUR )
HOLMES, and MR. MORGAN, )
                       )
         Defendants. )

## O R D E R

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _8_ day of _Jan_, 2006.

_____
**B. AVANT EDENFIELD**
**UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**